IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

TONY VITRANO COMPANY, et al.  :

        Plaintiffs  :

v.  :  Civ. No. 1:21-cv-00148-GLR

LANASA PRODUCE, INC., et al.  :

        Defendants.  :

## ORDER OF DEFAULT JUDGMENT

Upon motion of Plaintiffs, Tony Vitrano Company and The Class Produce Group, LLC, the Memorandum in Support and the exhibits thereto, including the Declaration of Stephen H. Lanasa, Jr. as well as the Declarations of Plaintiffs' representatives and counsel demonstrating that: Defendant, The Avenue K&B, LLC t/a The Avenue Kitchen and Bar, failed to plead or otherwise defend in this action; Defendant unlawfully retained and has converted a trust asset subject to Section 5(c) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c), belonging to Plaintiffs in the form of an accounts receivable owed to Lanasa Produce, Inc. for fresh produce supplied in the principal amount of $13,381.71; it is this 31st day of October, 2022, hereby:

**ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of Plaintiffs Tony Vitrano Company and The Class Produce Group, LLC, and against Defendant, The Avenue K&B, LLC t/a The Avenue Kitchen and Bar, under Section 5(c) PACA, 7 U.S.C. § 499e(c), for unlawful retention and conversion of trust assets in the amount of $13,381.71; and it is further

**ORDERED, ADJUDGED, AND DECREED** that the judgment is final, there being no just cause for delay.

George L. Russell, III
United States District Judge