IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TONY VITRANO COMPANY ET AL.,

    Plaintiffs,

v.

                                    Civil No. 21-00148-BAH

LANASA PRODUCE, INC. ET AL.,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 12th day of July 2024, ORDERED that:

(1) Plaintiffs' Motion for Default Judgment against Lanasa Produce, ECF 46, is **GRANTED**, in favor of Tony Vitrano Co. in the amount of $190,370.91 and in favor of Class Produce Group in the amount of $42,446.82;

(2) Plaintiffs' Motion for Disbursement of Funds, ECF 67, is **GRANTED**, and Plaintiffs' Counsel is ordered to **DISBURSE** the funds currently held in trust to Plaintiffs on a pro-rata basis;

(3) Defendant Stephen Lanasa is hereby **DISMISSED** as a party to the suit;

(4) Defendant IOU Central Inc.'s stipulation of dismissal at ECF 98 is **APPROVED**;

(5) Plaintiffs' and IOU Central Inc.'s Joint Status Report at ECF 96 is **APPROVED** and Plaintiffs and Green Capital shall complete limited fact discovery and engage in mediation by the deadlines proposed in ECF 96.

(6) Non-party Mr. Wersant's Motion to Enforce Lien and Alter and Related Relief at ECF 93 is **DENIED**.

_____/s/_____
Brendan A. Hurson
United States District Judge
